**ORDERED.**

# TIFFANY & BOSCO
### P.A.

**Dated: September 02, 2010**

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-20328

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Mark R. Palmer and Wendy E. Palmer<br>    Debtors.<br>_____<br>U.S. Bank, National Association<br>       Movant,<br>    vs.<br><br>Mark R. Palmer and Wendy E. Palmer, Debtors,<br>Stanley J. Kartchner, Trustee.<br><br>       Respondents. | No. 4:10-bk-17761-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> The North half of the East 248.00 feet of the following described parcel of land:
>
> The South one-third of the North three-fifths of the West half of the West half of the West half of the Northeast quarter of Section 20; and the South one-third of the North three-fifths of the East half of the East half of the Northwest quarter of Section 20, Township 6 South, Range 8 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.